UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Jasmin Queen-Gilbertson,

    Plaintiff,

    v.

US Auto Finance et al,

    Defendants.

Civil Action No. 2:21–cv–182-kjd

## **ORDER**

On or before August 20, 2021, Plaintiff shall return executed its Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 11th day of August 2021.

*/s/ Kevin J. Doyle*
Kevin J. Doyle
United States Magistrate Judge